**CLAUSEN MILLER, P.C.**
Carl M. Perri, Esq..
Attorney I.D. No. 002382000
100 Campus Drive, Suite 112
Florham Park, NJ 07068
☎973-410-4155      🖨973-410-4169
📧 cperri@clausen.com
ATTORNEYS FOR DEFENDANTS – ELNIK SYSTEMS, LLC, CLAUS JOENS, AND STEFAN JOENS

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN PEREZ and LEONARD SPINAZZOLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ELNIK SYSTEMS, LLC, CLAUS JOENS, AND STEFAN JOENS<br>DEFENDANTS | 2:18-cv-15230-J,V-JBC<br><br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

This matter, having been amicably adjusted between the parties, it is hereby stipulated that all claims, crossclaims and counterclaims, in the above-captioned matter brought by LEONARD SPINAZZOLA against Defendants, ELNIK SYSTEMS, LLC, CLAUS JOENS, AND STEFAN JOENS, are dismissed with prejudice and without costs. The Court, however, retains jurisdiction to implement and enforce the settlement and its terms, and the Parties submit to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement. This Stipulation shall not dismiss or otherwise affect the claims, crossclaims, and counterclaims related to EDWIN PEREZ

**KATZ MELINGER PLLC**

_____
ADAM SACKOWITZ, ESQ.
ON BEHALF OF PLAINTIFF, LEONARD SPINAZZOLA

Dated: April 17, 2019


**CLAUSEN MILLER, P.C.**

_____
CARL M. PERRI, ESQ.
ON BEHALF OF DEFENDANTS ELNIK SYSTEMS, LLC, CLAUS JOENS, AND STEFAN JOENS

13